Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff:
Narcizo Zavala Guillen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSÉ DIVISION

| | |
|---|---|
| NARCIZO ZAVALA GUILLEN AKA NARCISO ZAVALA GUILLEN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC, TRANSUNION LLC, CORELOGIC CREDCO, LLC., f/k/a First American Credco division of First American Real Estate Solutions, LLC,, SRA ASSOCIATES, INC., EQUIFAX INFORMATION SERVICES, LLC., and DOES 1-10.<br><br>Defendants. | Case No. CV10-05825 JF<br><br>**NOTICE OF ALL PARTIES AGREEMENT TO MEDIATE, and [PROPOSED] ORDER REFERRING MATTER TO MEDIATION**<br><br>JURY TRIAL DEMANDED |

1  Plaintiff and Defendants Bank of America and SRA Associates, Inc., met and conferred on March 1, 2011, and agreed to attend mediation through Northern District of California's Alternative Dispute Resolution program.  Thus, all parties have now agreed to mediate (also see Doc #32), and respectfully request the Court enter an Order directing the parties to mediation.[1]

Dated 3/2/2011

/s/Ronald Wilcox
_____
Ronald Wilcox
Attorney for Plaintiff

### [Proposed] ORDER

Pursuant to parties' agreement the Court hereby refers this matter for mediation through the Northern District of California's ADR Unit.

**IT IS SO ORDERED.**

_____     Dated:  3/9/11

**HON. JEREMY FOGEL**
**U.S. DISTRICT COURT JUDGE**

---

[1] In the interest of time all parties agreed Plaintiff would file a Notice with the Court, as opposed to a stipulation signed by all parties.

1