Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff:
Narcizo Zavala Guillen

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| NARCIZO ZAVALA GUILLEN AKA NARCISO ZAVALA GUILLEN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC, TRANSUNION LLC, CORELOGIC CREDCO, LLC., f/k/a First American Credco division of First American Real Estate Solutions, LLC,, SRA ASSOCIATES, INC., EQUIFAX INFORMATION SERVICES, LLC., and DOES 1-10.<br><br>Defendants. | Case No. CV10-05825 JF<br><br>**REQUEST TO CONTINUE 3/25/11 CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER**<br><br><br>JURY TRIAL DEMANDED |

The parties have agreed to mediate through the Court's Alternative Dispute Resolution Program (see Docket# 34).

The parties respectfully request the Court continue the March 25, 2011 Case Management Conference for approximately 90 days and enter an Order to mediate. The parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosures by the March 15, 2011 deadline.

Date: March 7, 2011

/s/Ronald Wilcox
Ronald Wilcox, Attorney for Plaintiff

/s/Ryan Woodson
Ryan Woodson, Attorney for Bank of America
and SRA Associates, Inc.

_____
Karen Reisinger, Attorney for Transunion, LLC

/s/Michael Scott
Michael Scott, Experian Information Solutions, LLC

_____
Ed Smith, Attorney for Corelogic Credco, LLC

_____
Tom Quinn, Attorney for Equifax Information Services

1

## ~~[Proposed]~~ ORDER

The stipulation of the parties is hereby adopted.  The parties shall mediate this matter, and the Case Management Conference of March 25, 2011, is continued to

  June 24, 2011
_____.

Date: 3/24/11

**IT IS SO ORDERED.**

_____
**HON. JEREMY FOGEL**
**U.S. DISTRICT COURT JUDGE**

2