| | |
|---|---|
| 1 | Eric J. Hardeman (SBN 253489) |
| | ejhardeman@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Dr., Ste 800 |
| 3 | Irvine, CA 92612 |
| | Telephone:    (949) 851-3939 |
| 4 | Facsimile:    (9494) (553-7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS SO ORDERED
Judge Edward J. Davila
7/01/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **NARCIZO ZAVALA GUILLEN AKA NARCISCO ZAVALA GUILLEN,** | Case No. 10-cv-05825 EJD |
| **Plaintiff,** | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| **BANK OF AMERICA CORPORATION, ET AL.,** | |
| **Defendants.** | |

Pursuant to General Order 45, defendant Experian Information Solutions, Inc. ("Experian") hereby provides notice that it will no longer be represented by attorney Michael T. Scott.  In substitution for Mr. Scott, Experian will be represented by Eric Hardeman of Jones Day, who has previously entered his appearance in this case.  Contact information for Eric Hardeman is as follows.

Eric Hardeman
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
E-Mail:  ejhardeman@jonesday.com
Telephone: 949.851.3939
Facsimile:  949.553.7539

| | | |
|---|---|---|
| 1 | Dated: June 24th, 2011 | Respectfully submitted, |
| 2 | | Jones Day |
| 3 | | |
| 4 | | By: /s/Michael T. Scott |
| | | Michael T. Scott |
| 5 | | |
| 6 | | Counsel for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | | |
| 8 | Dated: June 28, 2011 | JONES DAY |
| 9 | | |
| 10 | | By: /s/ Eric Hardeman |
| | | Eric Hardeman |
| 11 | | |
| 12 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 13 | | |
| 14 | Dated: June 28, 2011 | EXPERIAN INFORMATION SOLUTIONS, INC. |
| 15 | | |
| 16 | | |
| 17 | | By: [signature]<br>Abril Turner, Corporate Counsel |
| 18 | | |

IRI-22352v1

- 2 -

10-cv-05825 JF
Notice of Substitution of Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Eric J. Hardeman, declare I am a citizen of the United States and employed in Orange |
| 3 | County, California.  I am over the age of eighteen years and not a party to the within-entitled |
| 4 | action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.  On |
| 5 | June 30, 2011, I served, by electronic transmission, a copy of: |
| 6 | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| 7 | I am familiar with the United States District Court for the Northern District of California's |
| 8 | practice for collecting and processing electronic filings.  Under that practice, documents are |
| 9 | electronically filed with the court.  The court's CM/ECF system will generate a Notice of |
| 10 | Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the |
| 11 | case.  The NEF will constitute service of the document.  Registration as a CM/ECF user |
| 12 | constitutes consent to electronic service through the court's transmission facilities.  Under said |
| 13 | practice, the following CM/ECF users were served: |
| 14 | **SEE ATTACHED SERVICE LIST.** |
| 15 | Executed on **June 30, 2011**, at Irvine, California. |
| 16 | */s/ Eric J. Hardeman* |
| 17 | Eric J. Hardeman |

**SERVICE LIST**
*Guillen v. Bank of America Corporation et al*
U.S.D.C., Northern District of California (San Jose)
Case No. 5:10-cv-05825-EJD

| | |
|---|---|
| Balam Osberto Letona<br>letonalaw@gmail.com<br>Law Office of Balam O. Letona, Inc.<br>55 River Street, Suite 220<br>Santa Cruz, CA  95060-3940<br>T:  831-421-0200  /  F:  831-421-0400 | *Attorneys for Plaintiff Narcizo Zavala Guillen also known as Narciso Zavala Guillen* |
| Ronald Wilcox<br>ronaldwilcox@post.harvard.edu<br>Law Office of Ronald Wilcox<br>1900 The Alameda, Suite 530<br>San Jose, CA 95126<br>T:  408-296-0400  /  F:  408-296-0486 | *Attorneys for Plaintiff Narcizo Zavala Guillen also known as Narciso Zavala Guillen* |
| Ryan Kirk Woodson<br>rkw@severson.com<br>Sanford Philip Shatz<br>sps@severson.com<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA 92614<br>T:  949-442-7110  /  F:  949-442-7118 | *Attorneys for Defendants Bank of America N.A. (erroneously sued as Bank of America Corporation) and SRA Associates, Inc.* |
| Karen B. Reisinger<br>kreisinger@schuckitlaw.com<br>Robert J. Schuckit<br>rschuckit@schuckitlaw.com<br>Terri R Brown<br>tbrown@schuckitlaw.com<br>Schuckit and Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>T:  317-363-2400  /  F:  317-363-2557 | *Attorneys for Defendant TransUnion LLC* |
| Blake Thompson<br>bthompson@rbg-law.com<br>Michael William Bien<br>mbien@rbg-law.com<br>Rosen, Bien & Galvan, LLP<br>315 Montgomery Street , 10th Floor<br>San Francisco, CA 94104<br>T:  415-433-6830  /  F:  415-433-7104 | *Attorneys for Defendant TransUnion LLC* |

| | |
|---|---|
| Edward Egan Smith<br>esmith@steyerlaw.com<br>Jeffrey Howard Lowenthal<br>jlowenthal@steyerlaw.com<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>T: 415-421-3400  /  F: 415-421-2234 | *Attorneys for Defendant Corelogic Credco, LLC division of First American Real Estate Solution LLC formerly known as First American Credco* |
| Stephanie D. Cope<br>scope@kslaw.com<br>King and Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>T: 404-215-5908  /  F: 404-572-5100 | *Attorneys for Defendant  Equifax Information Services LLC* |
| Thomas P. Quinn<br>tquinn@nokesquinn.com<br>Nokes & Quinn<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>T: 949-376-3500  /  F: 949-376-3070 | *Attorneys for Defendant  Equifax Information Services LLC* |