Robert J. Schuckit, Esq. (IN #15342-49)
  (Admitted *Pro Hac Vice*)
Karen B. Reisinger, Esq. (IN #21795-49)
  (Admitted *Pro Hac Vice*)
Terri R. Brown, Esq. (IN #26279-49)
  (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
         kreisinger@schuckitlaw.com
         tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax: 415-433-7104
E-Mail:  mbien@rbg-law.com
         bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NARCIZO ZAVALA GUILLEN AKA NARCISO ZAVALA GUILLEN,<br>    Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, CORELOGIC CREDCO, LLC, f/k/a First American Credco division of First American Real Estate Solutions, LLC; SRA ASSOCIATES, INC.; and DOES 1-10; EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendants. | CASE NO. 5:10-cv-05825-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY** |

Plaintiff Narcizo Zavala Guillen aka Narciso Zavala Guillen, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: September 21, 2011

s/ Balam O. Letona (with consent)
Balam O. Letona, Esq.
Law Office of Balam O. Letona, Inc.
55 River Street, Suite 220
Santa Cruz, CA  95060-3940
Telephone:  831-421-0200
Fax:  831-421-0400
E-Mail: letonalaw@gmail.com

*Counsel for Narcizo Zavala Guillen aka Narciso Zavala Guillen*

Date: October 3, 2011

s/ Karen B. Reisinger
Robert J. Schuckit, Esq. (IN #15342-49)
  (Admitted *Pro Hac Vice*)
Karen B. Reisinger, Esq.  (IN #21795-49)
  (Admitted *Pro Hac Vice*)
Terri R. Brown, Esq. (IN #26279-49)
  (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
            kreisinger@schuckitlaw.com
            tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
             bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff  Narcizo Zavala Guillen aka Narciso Zavala Guillen and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  October 6, 2011

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Balam O. Letona, Esq. <br> letonalaw@gmail.com | Sanford Philip Shatz, Esq. <br> sps@severson.com <br> Ryan K. Woodson, Esq. <br> rkw@severson.com |
| Ronald Wilcox, Esq. <br> ronaldwilcox@post.harvard.edu | Eric J. Hardeman, Esq. <br> ejhardeman@jonesday.com |
| Edward Egan Smith, Esq. <br> esmith@steyerlaw.com | Thomas P. Quinn, Esq. <br> tquinn@nokesquinn.com |
| Michael W. Bien, Esq. <br> mbien@rbglaw.com <br> Blake Thompson, Esq. <br> bthompson@rbglaw.com | Stephanie Cope, Esq. <br> scope@kslaw.com |
| Robert J. Schuckit, Esq. <br> rschuckit@schuckitlaw.com | Terri R. Brown, Esq. <br> tbrown@schuckitlaw.com |
| Karen Butler Reisinger, Esq. <br> kreisinger@schuckitlaw.com | |