Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile: (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WILCOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff:
Narcizo Zavala Guillen

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| NARCIZO ZAVALA GUILLEN AKA NARCISO ZAVALA GUILLEN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A,, EXPERIAN INFORMATION SOLUTIONS, INC, TRANSUNION LLC, CORELOGIC CREDCO, LLC., f/k/a First American Credco, a division of First American Real Estate Solutions, LLC,, SRA ASSOCIATES, INC., EQUIFAX INFORMATION SERVICES, LLC., and DOES 1-10.<br><br>Defendants. | Case No. CV10-05825 EJD (PSG)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND CORELOGIC CREDCO, LLC. ONLY |

Plaintiff Narcizo Zavala Guillen aka Narciso Zavala Guillen, by counsel, and Defendant Corelogic Credco, LLC., f/k/a First Advantage Credco, LLC., f/k/a First American Credco a division of First American Real Estate Solutions, LLC.,

*STIPULAITON AND ORDE OF DISMISSAL*

("CORELOGIC"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against COREGLOGIC only should be dismissed, with prejudice.

                                                Respectfully submitted,

Date: October 17, 2011          /s/ Balám Letona
                                             Balam O. Letona, Esq.
                                             Law Office of Balam O. Letona, Inc.
                                             55 River Street, Suite 220
                                             Santa Cruz, CA  95060-3940
                                             Telephone:  831-421-0200
                                             Fax:  831-421-0400
                                             E-Mail:  letonalaw@gmail.com
                                             *Counsel for Narcizo Zavala Guillen aka Narciso Zavala Guillen*

Date: October 17, 2011          /s/ Edward Smith
                                             Edward Egan Smith, Esq.
                                             Steyer Lowenthal Boodrookas Alvarez & Smith, LLP
                                             One California Street
                                             Third Floor
                                             San Francisco, CA 94111
                                             Telephone: (415) 421-3400
                                             Fax: (415) 421-2234
                                             *Counsel for Corelogic Credco, LLC f/k/a First Advantage Credco, LLC., f/k/a First American Credco a division of First American Real Estate Solutions, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that CORELOGIC is dismissed with prejudice.

Date: October 18, 2011          [signature]
                                             JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Balam O. Letona, Esq.<br>letonalaw@gmail.com | Sanford Philip Shatz, Esq.<br>sps@severson.com<br>Ryan K. Woodson, Esq.<br>rkw@severson.com |
| Ronald Wilcox, Esq.<br>ronaldwilcox@post.harvard.edu | Eric J. Hardeman, Esq.<br>ejhardeman@jonesday.com |
| Edward Egan Smith, Esq.<br>esmith@steyerlaw.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
| Michael W. Bien, Esq.<br>mbien@rbglaw.com<br>Blake Thompson, Esq.<br>bthompson@rbglaw.com | Stephanie Cope, Esq.<br>scope@kslaw.com |