IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NARCIZO ZAVALA GUILLEN,<br><br>　　　　Plaintiff(s),<br>　v.<br><br>BANK OF AMERICA CORPORATION, et. al.,<br><br>　　　　Defendant(s). | CASE NO. 5:10-cv-05825 EJD<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

Having reviewed the parties Amended Joint Preliminary Pretrial Conference Statement (see Docket Item No. 116), the court has determined that a Preliminary Pretrial Conference would be premature at this time. Accordingly, the Preliminary Pretrial Conference currently scheduled for February 3, 2012, is **CONTINUED** to **May 4, 2012, at 11:00 a.m.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **April 24, 2012.**

**IT IS SO ORDERED.**

Dated: January 31, 2012

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge