UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NARCIZO ZAVALA GUILLEN AKA NARCISO ZAVALA GUILLEN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　Defendants. | Case No.: C 10-5825 EJD (PSG)<br><br>**ORDER VACATING MOTION HEARING**<br><br>**(Re: Docket No. 21)** |

The court has been informed that Plaintiff has reached a settlement agreement as to Defendants Bank of America, N.A., and SRA Associates, Inc.

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to quash subpoena of trial counsel issued by Bank of America, N.A. and SRA Associates, set for February 28, 2012, is vacated. If a stipulation of dismissal is not filed within 45 days of the Notice of Pending Settlement, or by an alternative date set by the district judge, Plaintiff may re-notice the motion to quash for hearing on shortened time.

Dated: 2/6/2012

　　　　　　　　　　　　　　　　　　　　Paul S. Grewal
　　　	　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.: 10-5825
ORDER